■ In the Matter of MARCUS A. MICOLO, Petitioner, v MICHAEL KIRKPATRICK, as Superintendent of Clinton Correctional Facility, Respondent. [45 NYS3d 818]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Clinton County) to review a determination of respondent finding petitioner guilty of violating a prison disciplinary rule.

Petitioner commenced this CPLR article 78 proceeding to challenge a tier II determination finding him guilty of providing unauthorized legal assistance. The Attorney General has advised this Court that the determination has since been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been refunded to petitioner's inmate account. Given that petitioner has received all of the relief to which he is entitled, the petition must be dismissed as moot (*see Matter of Arriaga v Capra*, 144 AD3d 1303, 1303 [2016]; *Matter of Simmons v Kirkpatrick*, 142 AD3d 1245, 1245 [2016]).

Peters, P.J., Egan Jr., Devine, Mulvey and Aarons, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.